IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00112-WYD-CBS

ALEXIS H. BROWN,

   Plaintiff,

v.

INTERNAL REVENUE SERVICE,

   Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pending before the court is Plaintiff's Motion to Transfer Power of Attorney (filed July 22, 2005; doc. no. 11). It is hereby **ORDERED** that the motion is **DENIED.**

The TELEPHONIC STATUS CONFERENCE remains set **July 27, 2005, at 10:00 a.m. (Mountain Time)**

### **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for one complete conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**   July 26, 2005