IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00112-WYD-CBS

ALEXIS H. BROWN,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE,

    Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice filed January 19, 2006.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation for Dismissal with Prejudice is **GRANTED**.  In accordance therewith, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs (other than those specifically agreed upon by the parties).

Dated:  January 20, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge